IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                              EASTERN DIVISION

                              No. 4:13-CV-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| RYAN AND ANDRUS PERSONAL PROPERTY, | ) | |
| SPECIFICALLY DESCRIBED AS: | ) | |
| A HANDGUN, MANUFACTURER: RUGER, | ) | |
| TYPE: PISTOL, MODEL: P90DC, | ) | |
| CALIBER: .45, SERIAL NUMBER 66074357; | ) | |
| A SHOTGUN, MANUFACTURER: HARRINGTON | ) | |
| AND RICHARDSON, TYPE: SHOTGUN, | ) | |
| MODEL: TOPPER 158, CALIBER: 20, | ) | |
| SERIAL NUMBER AF232103; | ) | |
| A SHOTGUN, MANUFACTURER: WINCHESTER, | ) | |
| TYPE: SHOTGUN, MODEL: RANGER 120, | ) | |
| CALIBER 12, SERIAL NUMBER L2011946; | ) | |
| A RIFLE, MANUFACTURER: MARLIN | ) | |
| FIREARMS COMPANY, TYPE: RIFLE, | ) | |
| MODEL: 60, CALIBER 22, SERIAL | ) | |
| NUMBER 16413540; | ) | |
| A RIFLE, MANUFACTURER: ROMARM/CUGIR, | ) | |
| TYPE: RIFLE, MODEL: SAR-1, | ) | |
| CALIBER: 762, SERIAL NUMBER S1735002003; | ) | |
| A SHOTGUN, MANUFACTURER: MOSSBERG, | ) | |
| TYPE: SHOTGUN, MODEL: 500EG, | ) | |
| CALIBER 410, SERIAL NUMBER H854334; | ) | |
| A RIFLE, MANUFACTURER: REMINGTON ARMS | ) | |
| COMPANY, INC., TYPE: RIFLE, MODEL: 1917, | ) | |
| CALIBER: 30-06, SERIAL NUMBER 302199; | ) | |
| A HANDGUN, MANUFACTURER: RUGER, | ) | |
| TYPE: REVOLVER, MODEL: SINGLE SIX, | ) | |
| CALIBER: 22, SERIAL NUMBER 2073046; | ) | |
| A RIFLE, MANUFACTURER: MOSSBERG, | ) | |
| TYPE: RIFLE, MODEL: 100ATR, | ) | |
| CALIBER: 30-06, SERIAL NUMBER BA161608; | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ANY AND ALL ACCOMPANYING AND ASSORTED | ) | |
| AMMUNITION, QUANTITY: 39, | ) | |

                                    1

```
MANUFACTURER: REMINGTON, CALIBER: 45 AND )
QUANTITY: 4, MANUFACTURER: WINCHESTER-  )
WESTERN, CALIBER: 45;                    )
                                         )
AND                                      )
                                         )
FIREARM PARTS AND ACCESSORIES, DESCRIBED )
AS: A BLACK SHOULDER FIREARM HOLSTER,    )
A RIFLE BARREL FOR A .30-.30 WINCHESTER, )
AND A TAN IN COLOR SOFT PISTOL CASE,     )
                                         )
            Defendants.                  )
```

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 31st day of July, 2013.

                                   _____
                                   JULIE A. RICHARDS
                                   Clerk, United States District Court

Case 4:13-cv-00004-D   Document 10   Filed 07/31/13   Page 2 of 2