```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         EASTERN DIVISION
                         No. 4:13-CV-4-D
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| RYAN AND ANDRUS PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A HANDGUN, MANUFACTURER: RUGER, ) | |
| TYPE: PISTOL, MODEL: P90DC, ) | |
| CALIBER: .45, SERIAL NUMBER 66074357; ) | |
| A SHOTGUN, MANUFACTURER: HARRINGTON ) | |
| AND RICHARDSON, TYPE: SHOTGUN, ) | |
| MODEL: TOPPER 158, CALIBER: 20, ) | |
| SERIAL NUMBER AF232103; ) | |
| A SHOTGUN, MANUFACTURER: WINCHESTER, ) | |
| TYPE: SHOTGUN, MODEL: RANGER 120, ) | |
| CALIBER 12, SERIAL NUMBER L2011946; ) | |
| A RIFLE, MANUFACTURER: MARLIN ) | |
| FIREARMS COMPANY, TYPE: RIFLE, ) | |
| MODEL: 60, CALIBER 22, SERIAL ) | |
| NUMBER 16413540; ) | |
| A RIFLE, MANUFACTURER: ROMARM/CUGIR, ) | |
| TYPE: RIFLE, MODEL: SAR-1, ) | |
| CALIBER: 762, SERIAL NUMBER S1735002003; ) | |
| A SHOTGUN, MANUFACTURER: MOSSBERG, ) | |
| TYPE: SHOTGUN, MODEL: 500EG, ) | |
| CALIBER 410, SERIAL NUMBER H854334; ) | |
| A RIFLE, MANUFACTURER: REMINGTON ARMS ) | |
| COMPANY, INC., TYPE: RIFLE, MODEL: 1917, ) | |
| CALIBER: 30-06, SERIAL NUMBER 302199; ) | |
| A HANDGUN, MANUFACTURER: RUGER, ) | |
| TYPE: REVOLVER, MODEL: SINGLE SIX, ) | |
| CALIBER: 22, SERIAL NUMBER 2073046; ) | |
| A RIFLE, MANUFACTURER: MOSSBERG, ) | |
| TYPE: RIFLE, MODEL: 100ATR, ) | |
| CALIBER: 30-06, SERIAL NUMBER BA161608; ) | |
| ) | |
| AND ) | |
| ) | |

1

```
ANY AND ALL ACCOMPANYING AND ASSORTED    )
AMMUNITION, QUANTITY: 39,                )
MANUFACTURER: REMINGTON, CALIBER: 45 AND )
QUANTITY: 4, MANUFACTURER: WINCHESTER-   )
WESTERN, CALIBER: 45;                    )
                                         )
AND                                      )
                                         )
FIREARM PARTS AND ACCESSORIES, DESCRIBED )
AS: A BLACK SHOULDER FIREARM HOLSTER,    )
A RIFLE BARREL FOR A .30-.30 WINCHESTER, )
AND A TAN IN COLOR SOFT PISTOL CASE,     )
                                         )
          Defendants.                    )
```

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry # **10**; and

5. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this **25** day of **August**, 2013.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3